**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

| | |
|---|---|
| NICOLE BLAKELEY, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO: 5:17-cv-05172-TLB |
| ) | |
| v. ) | **NOTICE OF SETTLEMENT** |
| ) | |
| FABER AND BRAND, LLC, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Notice is hereby given that the parties have reached a settlement in this case. Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed.

Dated: October 2, 2017.

                                                    Respectfully submitted,

                                                  <u>s/Russell S. Thompson IV</u>
                                                  Russell S. Thompson, IV (029098)
                                                  Thompson Consumer Law Group, PLLC
                                                  5235 E. Southern Ave., D106-618
                                                  Mesa, AZ 85206
                                                  602-388-8898
                                                  866-317-2674 facsimile
                                                  rthompson@consumerlawinfo.com
                                                  Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that on October 2, 2017, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

s/Russell S. Thompson IV
Russel S. Thompson IV