IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

NICOLE BLAKELEY                                                              PLAINTIFF

NO.  5:17-CV-5172-TLB

FABER AND BRAND, LLC,                                                        DEFENDANT

## CLERK'S ORDER OF DISMISSAL

   On this 15th day of November, 2017, the parties hereto having filed a Notice of Dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure,

   IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

DOUGLAS F. YOUNG, CLERK


BY:  /s/ R. Guerrero
        Deputy Clerk